August Itschner, Respondent, v. Christopher G. Nunamann and Loretta Cecilia Nunamann, Appellants, and Robert Wilson, Defendant.— Judg-

---

* See Consol. Laws, chap. 25 (Laws of 1909, chap. 30), § 234. Since amd. by Laws of 1915, chap. 322.— [REP.

ment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Arthur C. Gwynne, as Executor, etc., Respondent.   Dora T. C. Gwynne, as Administratrix, etc., Appellant.— Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.